UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
100 ORCHARD STREET, LLC,                                                :
                                                                        :
                              Plaintiffs,                               :    20-CV-8452 (JMF)
                                                                        :
             -v-                                                        :    ORDER
                                                                        :
THE TRAVELERS INDEMNITY INSURANCE                                       :
COMPANY OF AMERICA,                                                     :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In light of Defendant's new motion to dismiss, *see* ECF No. 24, Defendant's earlier motion to dismiss filed at ECF No. 9 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **January 6, 2021**. Defendant's reply, if any, is due by **January 15, 2021**.

     The Clerk of Court is directed to terminate ECF No. 9.

     SO ORDERED.

Dated: December 17, 2020
       New York, New York                              _____
                                                              JESSE M. FURMAN
                                                            United States District Judge